IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | |
|---|---|
| IN RE: § | |
| BILLY ORR AND CORINE § | |
| SAMATHALEAN ORR, § | CASE NO. 18-42500 |
| DEBTOR(S) § | CHAPTER 13 |
| § | |
| WELLS FARGO BANK, N.A., ITS § | |
| ASSIGNEES AND/OR SUCCESSORS § | |
| MOVANT § | |
| § | |
| VS. § | |
| § | |
| BILLY ORR AND CORINE § | |
| SAMATHALEAN ORR, DEBTOR(S) § | |
| AND § | |
| TIM TRUMAN, TRUSTEE, § | |
| RESPONDENTS | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the *Motion for Relief from Automatic Stay of Act Against Property* filed by WELLS FARGO BANK, N.A., ITS ASSIGNEES AND/OR SUCCESSORS (collectively referred to as "Movant"), a secured creditor, has been set for hearing on the docket of The Honorable Mark X. Mullin, United States Bankruptcy Judge, in Room 128, U. S. Courthouse, 501 W. 10th Street, Fort Worth, TX 76102, on December 13, 2018, at 9:30 a.m.

    Respectfully Submitted,
    MCCARTHY & HOLTHUS, LLP

    */s/ Yoshie Valadez*
    Yoshie Valadez SBN 24091142
    Carlos Hernandez-Vivoni SBN 24096186
    1255 West 15th Street Suite 1060
    Plano, TX 75075
    Phone: (214) 291-3800
    Fax: (214) 291-3801
    Atty File No.: TX-18-19901
    ATTORNEYS FOR MOVANT

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Hearing was served on all parties listed below in the manner listed below on 11/26/2018.

By First Class Mail Postage Prepaid:

DEBTOR
Billy Orr
5320 Rolling Meadows Drive
Fort Worth, TX 76123

Corine Samathalean Orr
5320 Rolling Meadows Drive
Fort Worth, TX 76123

OTHER LIEN HOLDER(S)
Summer Creek Meadows HOA
PO Box 33190
Fort Worth, TX 76162

Tarrant County Tax Assesor/Collector
Attn: Ron Wright, CTA
PO Box 961018
Fort Worth, TX 76161

By CM/ECF:

DEBTOR'S COUNSEL
Marcus B. Leinart
Leinart law Firm
11520 N Central Expressway
Suite 212
Dallas, TX 75243

TRUSTEE
Tim Truman
6851 N.E. Loop 820
Suite 300
North Richland Hills, TX 76180

U.S. TRUSTEE
US Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242

All Parties Requesting Notice Via CM/ECF System

McCarthy & Holthus, LLP

*/s/ Yoshie Valadez*
Yoshie Valadez
Atty file no.: TX-18-19901